No. 493. PAUL KLOPSTOCK & Co., INC. *v.* UNITED FRUIT Co. Jurisdictional statement submitted October 21, 1933. Decided November 6, 1933. *Per Curiam:* The motion of appellant to strike the statement opposing jurisdiction is denied. The appeal is dismissed for the want of jurisdiction. Section 237 (a) Judicial Code as amended by the Act of February 13, 1925 (43 Stat. 936, 937). Treating the papers whereon the appeal was allowed as a petition for writ of certiorari as required by § 237 (c) Judicial Code as amended (43 Stat. 936, 938), certiorari is denied. *Messrs. Percy S. Benedict* and *Michael M. Irwin* for appellant. *Messrs. Edouard F. Henriques* and *W. B. Spencer, Jr.,* for appellee.

No. —, original. EX PARTE BERNSTEIN. November 6, 1933. Motion for leave to file petition for writ of habeas corpus denied. *Mr. Irwin J. Bernstein, pro se.*